34 So.2d 861

### Jim FLETCHER v. STATE.
### 8 Div. 424.

Supreme Court of Alabama.
April 15, 1948.

Russell W. Lynne, of Decatur, for petitioner.

A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

STAKELY, Justice.

Petition of Jim Fletcher for certiorari to ˜the Court of Appeals to review and revise the judgment and decision of that Court in the case of Fletcher v. State, 34 So.2d 860.

Writ denied.

GARDNER, C. J., and FOSTER and LAWSON, JJ., concur.